**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25–mj–00232 |
| | § | |
| Tedrick D. Perry, Jr | § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Counsel Determination Hearing
April 21, 2025 at 02:00 PM
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 18, 2025

_____
Dena Hanovice Palermo
United States Magistrate Judge